# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FULTZ, | CASE NO. 5:21-cv-2202 |
| PLAINTIFF, | JUDGE SARA LIOI |
| vs. | **DEFAULT JUDGMENT ENTRY** |
| ZENRESOLVE LLC, | |
| DEFENDANT. | |

Upon plaintiff's well-supported motion and for good cause shown—defendant ZenResolve LLC being in default—default judgment is granted in favor of plaintiff Christopher Fultz and against defendant ZenResolve LLC in the total amount of **$3,717.51 (Three Thousand, Seven Hundred Seventeen Dollars, and Fifty-One Cents)**. This includes $500.00 in statutory damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"); $500.00 in actual emotional damages under the FDCPA; $400.00 in statutory damages under the Ohio Consumer Sales Practices Act ("OCSPA"), Ohio Rev. Code § 1345, *et seq*., (for two $200.00 violations); $1,860.00 in reasonable attorney fees; $402.00 in costs; and $55.51 in other expenses.

This case is closed.

**IT IS SO ORDERED**.

Dated: March 9, 2022

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**